1

2

3

4

5

6                  **UNITED STATES DISTRICT COURT**

7                  **CENTRAL DISTRICT OF CALIFORNIA**

8

9

10

11   EDDIE L. JOHNSON,              )   NO. CV 07-00987 SS
                                    )
12               Plaintiff,         )
                                    )   **JUDGMENT**
13          v.                      )
                                    )
14   MICHAEL J. ASTRUE,             )
     Commissioner of the Social     )
15   Security Administration,       )
                                    )
16               Defendant.         )
     _____)

17

18

19      IT IS ADJUDGED that the decision of the Commissioner is REVERSED

20   and that the above-captioned action is REMANDED to the Commissioner for

21   further action consistent with the Court's Memorandum Decision and

22   Order.

23

24   DATED: January 18, 2008.

25                                        /S/

26                                   _____
                                     SUZANNE H. SEGAL
27                                   UNITED STATES MAGISTRATE JUDGE

28

                                     9